**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

DONALD R. PEVIA

    Plaintiff,

    v.

COMMISSIONER OF CORRECTIONS, et al.

    Defendants.

Civil Action No.: ELH-21-1656

## <u>ORDER</u>

For the reasons stated in the accompanying Memorandum Opinion, it is this 6th day of

September, 2022, by the United States District Court for the District of Maryland that:

1. The Clerk SHALL AMEND the docket to reflect the correct names of defendants Commissioner of Corrections, Assistant Commissioner Frank Bishop, Officers Eric Muir, Christine Reynolds, Carolyn Price, and Sergeant Anthony Koelker;

2. Defendants' Motion to Dismiss, or in the Alternative, Motion for Summary Judgment, ECF 9, is GRANTED, as follows:

   a) The Complaint IS DISMISSED as to defendants Commissioner of Corrections and Frank Bishop;

   b) Summary Judgment IS GRANTED in favor of defendants Eric Muir, Christine Reynolds, Carolyn Price, and Anthony Koekler and against plaintiff;

   c) The Clerk SHALL PROVIDE a copy of the foregoing Memorandum Opinion and a copy of this Order to plaintiff and to counsel for defendants; and

   d) The Clerk SHALL CLOSE this case.


                                                      /s/
                                      Ellen L. Hollander
                                      United States District Judge